IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:24-cr-0021 |
| ) | |
| **YERAL MARRERO-REYNOSO,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated January 10, 2025, ECF No. 49, recommending that the Defendant's plea of guilty to Count Two of the Indictment, a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A) be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 49, is **ADOPTED;** it is further

**ORDERED** that Defendant Yeral Marrero-Reynoso's plea of guilty as to Count Two of the Indictment is **ACCEPTED**, and that Yeral Marrero-Reynoso is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **February 19, 2025;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **March 7, 2025;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **March 21, 2025;** it is further

*United States v. Yeral Marrero-Reynoso*
Case No. 3:24-cr-0021
Order
Page **2** of **2**

**ORDERED** that the parties shall file their sentencing memoranda no later than **April 2, 2025;** it is further

**ORDERED** that a sentencing hearing shall be held on **April 11, 2025, at 9:00 A.M. in STT Courtroom No. 1.**

**Dated:** January 29, 2025              */s/ Robert A. Molloy*
                                         **ROBERT A. MOLLOY**
                                         **Chief Judge**